# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BARBARA RUTH CRAM,  )
         Plaintiff,  )  Case No. 2:17-cv-02444-JAD-CWH
vs.  )  **ORDER**
US,  )
         Defendant.  )

    Plaintiff Barbara Ruth Cram submitted to the court a letter (ECF No. 1), a complaint (ECF No. 2), and two motions (ECF Nos. 3, 4), but Ms. Cram did not pay the filing fee for this case or file an application to proceed *in forma pauperis*. If Ms. Cram is unable to pay the filing fee in this case, she must complete an application to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1) and Local Special Rule ("LSR") 1-1. The court will not take any further action in this case until the matter of the payment of the filing fee is resolved.

    IT IS THEREFORE ORDERED that the Clerk of the Court must send Plaintiff Barbara Ruth Cram the approved form application to proceed *in forma pauperis* and the accompanying instructions for completing the form.

    IT IS FURTHER ORDERED that by October 20, 2017, Ms. Cram must either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LRS 1-1; or (2) pay the full $400 fee for a civil action, which includes the $350 filing fee and the $50 administrative fee. Ms. Cram is advised that failure to comply with this order will result in a recommendation that her case be dismissed.

DATED: September 20, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**